# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SANTINO P., by and through his Parent, JOSEPH P.,

*Plaintiff,*

v.

PENNSYLVANIA DEPARTMENT OF EDUCATION,

*Defendant.*

CIVIL ACTION
NO. 16-5230

## ORDER

**AND NOW**, this 15th day of June, 2017, after consideration of the parties' cross-motions for summary judgment, (ECF Nos. 15 & 16), and the responses thereto, (ECF Nos. 19 & 20), it is hereby ordered that Plaintiff's motion, (ECF No. 15), is **DENIED** and Defendant's motion, (ECF No. 16), is **GRANTED**. Plaintiffs' claim is **DISMISSED** with prejudice. The case shall be **CLOSED** for statistical purposes.

BY THE COURT:

***/s/ Gerald J. Pappert***
GERALD J. PAPPERT, J.